IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U.S. DISTRICT COURT

2012 NOV 30  PM 2: 15

CLERK_____

SO. DIST. OF GA.

KATHLEEN ROBERTS,                    )
                                     )
          Plaintiff,                 )
                                     )
v.                                   )     CASE NO. CV412-235
                                     )
MEMORIAL MEDICAL CENTER,             )
                                     )
          Defendant.                 )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which objections have been filed (Doc. 8).   After a careful de novo review of the record in this case, the Court concludes that Plaintiff's objections are without merit.   Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.   The Clerk of Court is **DIRECTED** to close this case.

In her objections, Plaintiff fails to address any of the bases for the Magistrate Judge's recommendation that this case should be dismissed.   Most notably, Plaintiff did not satisfy this Court that she filed a complaint with the Equal Employment Opportunity Commission ("EEOC"), much less received from the EEOC a right-to-sue letter.   A plaintiff

may not sue her employer for employment discrimination without first exhausting her administrative remedies. Wilkerson v. Grinnell Corp., 270 F.3d 1314, 1317 (11th Cir. 2001).  This procedure begins with the timely filing of a charge of discrimination with the EEOC.  Id.  In this case, Plaintiff has failed to offer any evidence or argument that she filed a formal charge with the EEOC.  Therefore, her case is due to be dismissed.

SO ORDERED this 30ᵗʰ day of November 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA